# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| T. WILLIAM MCINTYRE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:10cv335 |
| | § | |
| NEW CENTURY MORTGAGE | § | |
| CORPORATION, et al. | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 2, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Carrington and Deutsche Bank's Second Motion for Summary Judgment (Dkt 59) be GRANTED, that Plaintiff T. William McIntyre's Motion for Summary Judgment (Dkt. 69) be DENIED, that the claims against Defendant New Century Mortgage be dismissed without prejudice, and that Plaintiff should take nothing by his remaining claims here.

The court, having made a *de novo* review of the objections raised by Plaintiff as well as Defendant's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit as to the ultimate recommendations. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the

1

findings and conclusions of this court.

Carrington and Deutsche Bank's Second Motion for Summary Judgment (Dkt 59) is GRANTED, Plaintiff T. William McIntyre's Motion for Summary Judgment (Dkt. 69) is DENIED, the claims against Defendant New Century Mortgage are dismissed without prejudice, and Plaintiff shall take nothing by his remaining claims here.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE